GEORGE B. RAYMOND, Respondent, *v.* GEORGE F. DAVY, Appellant.* 

Supreme Court, Appellate Term, First Department, June 17, 1937.

*L. T. Fetzer*, for the appellant.

*Morrison & Lynn* [*Charles Roden* of counsel], for the respondent.

PER CURIAM.   While the form of the answer is unimportant on a motion for summary judgment, we think the affidavits justify the conclusion that the answer was sham.

Order and judgment affirmed, with ten dollars costs and disbursements.

All concur.   Present — LYDON, LEVY and FRANKENTHALER, JJ.